**FILED**

AUG - 6 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The Honorable Judge Lamberth,

This correspondence is in reference to a communication received by this writer on July 10, 2012.

On June 21, 2012, the case of Dawn Brown v Burley Sanders was scheduled for a status update before his Honor at 9:30 and I failed to appear for the conference update. His Honor is now deciding whether to hold myself in contempt.

I would like to extend my apology for my failure to attend the proceedings, it was not my intention nor desire to diminish his Honor's authority or slow the process. In my attempt to write the notes from the April 30, 2012, status conference I misunderstood his Honor's directions.

My failure to appear was a mistake and not a effort to disrespect the court. In taking down notes, I wrote that from May 1, 2012, through June 21, 2012, the dispositions of witnesses should be conducted/concluded. I further made noted that his Honor provided direction to attempt to reach a settlement because this matter has been before the court for 2 years listing a date of July 3, 2012. His honor stated that if a settlement was reached I had a period to file a motion to reject it.

My not appearing was totally my mistake but not meant as an act of disrespect sir, in fact I was a block away at 9:00 at the DC Office of Human Rights and would certainly have appeared had I not made the inaccurate notations.

In closing, once again, I apologize for any inconvenience that my failing to appear caused in this matter. I should have contacted His Honors Clerk and received instructions.

Burley Sanders